DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH FRITH,**
Appellant,

v.

**WELLS FARGO BANK, NA AS TRUSTEE FOR
HARBORVIEW MORTGAGE LOAN TRUST 2006-10,**
Appellee.

No. 4D2023-0759

[April 25, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE09023464.

Jeffrey M. Siskind of Siskind, PLLC, Wellington, for appellant.

Nicholas S. Agnello of Burr & Forman, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***